**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

THOMAS MICHAEL BERTKE, et al.,    )
        )
    Plaintiffs,    )
        )
    v.    )    No. 4:26-cv-00715-HEA
        )
FREEDOM MORTGAGE, et al.,    )
        )
    Defendants.    )

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon self-represented Plaintiffs Thomas Michael Bertke and TMBA Security Trust's application to proceed in district court without prepaying fees and costs. Upon consideration of the financial information provided in the application, the Court finds that Plaintiffs are able to pay the filing fee. The Court will therefore deny the motion, and order Plaintiffs to pay the statutory filing fee of $405 within thirty days of the date of this Order.

Additionally, Plaintiff Thomas Michael Bertke filed this action on behalf of himself and the TMBA Security Trust. Plaintiff Bertke makes no allegations with respect to the trust in his complaint, although based on the allegations, it is likely that the property at issue is held in the trust. Plaintiff Bertke's signature block does not include a bar number and nothing in the complaint otherwise indicates that Plaintiff Bertke is an attorney. Nor has any attorney entered an appearance on behalf of Plaintiff TMBA Security Trust.

A nonlawyer "has no right to represent another entity, i.e., a trust, in a court of the United States." *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994) (citing *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987)); *see also United States v. Lylalele, Inc.*, 221 F.3d 1345 (8th Cir. 2000) ("[T]rusts cannot appear in federal court without legal representation."). Because Plaintiff TMBA Security Trust filed this action without an attorney, it is subject to dismissal. In light of Plaintiff Bertke's status as a pro se litigants, the Court will grant

him leave to file an amended complaint and additional time to retain counsel on behalf of Plaintiff TMBA Security Trust.

The Court will deny without prejudice Plaintiffs' Motion for Temporary Restraining Order subject to refiling once Plaintiff TMBA Security Trust retains counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' application to proceed in district court without prepaying fees and costs is **DENIED**.  (Doc. 2)

**IT IS FURTHER ORDERED** that Plaintiffs shall pay the statutory filing fee of $405 within thirty days of the date of this Order.  Plaintiffs failure to timely pay the $405 filing fee shall result in the dismissal of this case, without prejudice and without further notice.

**IT IS FURTHER ORDERED** that Plaintiff TMBA Security Trust shall retain counsel on or before June 11, 2026.  Counsel shall either enter his or her appearance and file an amended complaint on behalf of Plaintiff TMBA Security Trust by June 11, 2026 or TMBA Security Trust will be dismissed from this action.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Temporary Restraining Order is **DENIED** without prejudice subject to refiling once Plaintiff TMBA Security Trust retains counsel. (Doc. 3)

**IT IS FURTHER ORDERED** that failure to timely comply with this Order will result in the dismissal of this case with prejudice and without further notice to the parties.

Dated this 22nd day of May, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

- 2 -